IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GREGORY P. MCFADDEN,** *et al.*                                                                                       **PLAINTIFFS**

v.                                        Case No. 4:78-cv-00153-KGB

**ARKANSAS STATE HOSPITAL,** *et al.*                                                              **DEFENDANTS**

**ORDER**

Before the Court is a motion to transfer scholarship funds to the University of Arkansas at Pine Bluff ("UAPB") filed by attorney Joyce Raynor, of J. Raynor Carr & Associates, P.C., on behalf of John W. Walker, P.A., and John W. Walker, deceased counsel to plaintiffs (Dkt. No. 798). Ms. Raynor requests that the Court grant her the authority to transfer scholarship funds from the U.S. Bank of Little Rock trust account to UAPB pursuant to the Court's December 9, 1998, Consent Judgment and Order of the Court ("Consent Judgment") (*Id.*, at 1).

On December 9, 1998, the Court entered the Consent Judgment and directed that defendants make certain payments to plaintiffs and also that a scholarship fund in the amount of approximately $100,000.00 be created (Dkt. No. 784, at 6). According to the Consent Judgment, the scholarship fund was entrusted to class counsel who were authorized to distribute tuition costs already expended to class members who had taken advantage of educational leave described in the Consent Judgment (*Id.*). The Court further allowed other class members to utilize the educational benefits set forth in the Consent Judgment and to receive amounts from the fund over the next three years (*Id.*). The Court directed that any remaining balance be distributed to UAPB for the establishment of an endowment scholarship fund for deserving students of African-American descent who may wish to pursue nursing as a career (*Id.*). The Court further directed that the scholarship fund be established and perpetuated in the name of Mr. McFadden as class

representative of a class of African-American registered nurses, licensed psychiatric technical nurses, licensed practical nurses, and mental health workers (*Id.*, at 7).

In the instant motion, Ms. Raynor represents that, at the expiration of the term for disbursement of the scholarship funds being held by plaintiffs' counsel, there remains $58,958.99 in the trust account. Ms. Raynor requests that these funds be disbursed to UAPB less any bank services charges and represents that the funds will be disbursed to UAPB for the sole purpose of establishing an endowment scholarship fund for deserving students of African-American descent who may wish to pursue nursing as a career in accordance with the Consent Judgment (*Id.*, at 2). Ms. Raynor requests that she and plaintiffs' counsel be released from further responsibility upon the execution and transfer of the funds to UAPB (*Id.*). No party has responded in opposition to the motion, and the time to do so has passed.

For good cause shown, the Court grants the motion (Dkt. No. 798). The Court directs Ms. Raynor to disburse within 10 days of this Order the $58,958.99, less any bank services charges, to UAPB in the manner and for the purpose set forth in this Court's December 9, 1998, Consent Judgment and Order of the Court. Ms. Raynor shall have no further obligation with respect to the funds thereafter, and the Court releases plaintiffs' counsel from further responsibility for the funds upon execution and transfer of the funds to UAPB.

So ordered this 3rd day of August, 2021.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge